**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | |
|---|---|
| ZACHARIAS ABAB AGUEDO, ) ) Petitioner, ) ) v. ) ) UNITED STATES OF AMERICA, ) ) Respondent. ) | CIVIL ACTION NO. 2:19cv480-MHT (WO) |

OPINION AND ORDER

This lawsuit is before the court on the recommendation of the United States Magistrate Judge that the case be transferred to the United States District Court for the Middle District of Florida pursuant to 28 U.S.C. § 1631. Also before the court are petitioner's objections to the recommendation. After an independent and de novo review of the record, the court concludes that objections should be overruled and the magistrate judge's recommendation adopted.

Accordingly, it is ORDERED as follows:

(1) The objections (doc. no. 11) are overruled.

(2) The magistrate judge's recommendation (doc. no. 9) is adopted.

(3) The motion to clarify (doc. no. 10) is denied.

(4) This case is transferred to the United States District Court for Middle District of Florida pursuant to 28 U.S.C. § 1631.

The clerk of the court is DIRECTED to take appropriate steps to effect the transfer.

This case is closed in this court.

DONE, this the 20th day of September, 2019.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**